UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 11, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CASSANDRA DAM,

Defendant.

No. 2:19MJ00152-AC

**DETENTION ORDER**
(Violation of Pretrial Release,
Probation or Supervised Release)

☐ After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds :
  ☐ there is probable cause to believe the person has committed a federal, state or local crime while on release and defendant has not rebutted the presumption that his/her release will endanger another or
  the community or
  ☐ there is clear and convincing evidence that the defendant has violated **another** condition of release **and**
  ☐ based on the factors set forth in 18 U.S.C. § 3142(g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community or
  ☐ the person is unlikely to abide by any condition or combination of conditions of release. F.R.Cr.P. 32.1(a)(D), 46(c), 18 U.S.C. § 3148.

☑ After a hearing pursuant to F.R.Cr.P. 32.1(a)(6) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds there is probable cause to believe defendant has violated a condition of probation or supervised release and the defendant has not met his/her burden of establishing by clear and convincing evidence that he/she will not flee or pose a danger to another person or to the community. 18 U.S.C. § 3143.

IT IS ORDERED that pursuant to 18 U.S.C. § 3142(i)(2)-(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with his/her counsel. Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for purpose of an appearance in connection with a court proceeding.

DATE: 9/11/19

Magistrate Judge Allison Claire

# UNITED STATES DISTRICT COURT

Eastern District of California

UNITED STATES OF AMERICA
V.
ROBERTO DONAIRE

**COMMITMENT TO ANOTHER DISTRICT**

Case No. 2:19MJ00151-AC

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 2:19mj00151-AC | 4:16CR00450-1 ERW | | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

Indictment ☐ Information ☐ Complaint Other (specify) Supervise Release Violation

charging a violation of 18 U.S.C. § 3606

**DISTRICT OF OFFENSE**
EASTERN DISTRICT OF MISSOURI

**DESCRIPTION OF CHARGES:**

Assault with a deadly weapon August 12, 2019

**CURRENT BOND STATUS:**

Bail fixed at _____ and conditions were not met
Government moved for detention and defendant detained after hearing in District of Arrest
Government moved for detention and defendant detained pending detention hearing in District of Offense
Other (specify)

**Representation:** ☐ Retained Own Counsel  x Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** X No  ☐ Yes  Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/11/19
Date

_[signature]_
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |